**No. 44198.**—Protests 553993–G, etc., of Olivier Straw Goods Corp. et al. (New York).

Opinion by BROWN, J. It was stipulated that the merchandise consists of bodies, hoods, forms, or shapes similar to that the subject of *Cohn* v. *United States* (4 Cust. Ct. 166, C. D. 314). The protests were sustained accordingly.

**No. 44199.**—Protests 660690–G, etc., of A. Hirschberger (New York).

Opinion by BROWN, J. It was stipulated that the merchandise consists of bodies, hoods, forms, or shapes similar to that the subject of *Cohn* v. *United States* (4 Cust. Ct. 166, C. D. 314). The protests were sustained accordingly.

**No. 44200.**—Protests 812238–G, etc., of Olivier Straw Goods Corp. et al. (New York).

Opinion by BROWN, J. It was stipulated that the merchandise consists of bodies, hoods, forms, or shapes similar to that the subject of *Cohn* v. *United States* (4 Cust, Ct. 166, C. D. 314). The protests were sustained accordingly.

**No. 44201.**—Protests 828658–G, etc., of Edward E. Ziskind (New York).

Opinion by BROWN, J. It was stipulated that the merchandise consists of bodies, hoods, forms, or shapes similar to that the subject of *Cohn* v. *United States* (4 Cust. Ct. 166, C. D. 314). The protests were sustained accordingly.

**No. 44202.**—Protest 841751–G (A) of American Straw Goods Co. (New York).

Opinion by BROWN J. It was stipulated that the merchandise consists of bodies, hoods, forms, or shapes similar to that the subject of *Cohn* v. *United States* (4 Cust. Ct. 166, C. D. 314). The protest was sustained accordingly.

**No. 44203.**—Protest 882239–G of Katz-Berk Hat Body Corp. (New York).

Opinion by BROWN, J. It was stipulated that the merchandise consists of bodies, hoods, forms, or shapes similar to that the subject of *Cohn* v. *United States* (4 Cust. Ct. 166, C. D. 314). The protest was sustained accordingly.